| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
|   | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
|   | Senior Litigation Counsel, Civil Division |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
|   | Office of the General Counsel |
| 8 | Social Security Administration |
| 9 | 6401 Security Boulevard |
| 10| Baltimore, MD 21235 |
|   | Telephone: (510) 970-4861 |
| 11| Email: Jennifer.Tarn@ssa.gov |

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STEVE ISRAEL AVILA, | ) Case No. 2:23-cv-09767-FMO-JPR |
| Plaintiff, | ) |
|  | ) **JUDGMENT** |
| v. | ) |
|  | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security,[1] | ) |
| Defendant. | ) |

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 1/17/2024

_____
HONORABLE JUDGE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE